TRULINCS 10579062 - STILLEY, OSCAR AMOS - Unit: YAZ-G-A

---

FROM: 10579062
TO:
SUBJECT: LTR_LandronToClerkWBrf3582
DATE: 03/10/2020 07:01:21 PM

3-10-2020

US District Court Clerk
Federal Building, Room 150
San Juan, PR 00918-1767

Re:  US v. Landron-Class, 3:09-cr-391-01 FAB

Dear Clerk:

Herewith please find a brief in support of a motion I mailed to you last week, asking for relief under 18 USC 3582(c)(1). I profusely apologize for my failure to send both these pleadings together. It was a mistake of the head and not of the heart.

I'm totally in favor of treating the motion as filed on the date on which this brief is filed. That way the government will get the full time to which it is entitled, to intelligently respond to the motion. If the clerk has the authority to do that, I'd be most grateful if you would. I don't want to give the appearance of trying to take unfair advantage.

If you would be so kind, please send me a copy of this pleading with the filemark headers, in the enclosed postpaid envelope.

Thank you so much for your kind assistance in this matter.

Kindest personal regards,

)
)
*[signature]*
Reynaldo Landron-Class

*[Stamp: RECEIVED & FILED 2020 MAR 16 PM 2:57 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.]*