```
 YAZHF  540*23  *         SENTENCE MONITORING           *    10-03-2019
 PAGE 001        *          COMPUTATION DATA            *    11:33:12
                             AS OF 10-03-2019

REGNO..: 30575-069 NAME: LANDRON-CLASS, REYNALDO


FBI NO...........: 537861NA4        DATE OF BIRTH: 01-04-1970  AGE:   49
ARS1.............: YAZ/A-DES
UNIT.............: GOLF 2            QUARTERS.....: G02-015L
DETAINERS........: NO                NOTIFICATIONS: NO

HOME DETENTION ELIGIBILITY DATE: 02-28-2022

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  08-30-2022 VIA GCT REL


------------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------------

COURT OF JURISDICTION...........: PUERTO RICO
DOCKET NUMBER...................: 09-CR-329-01(FAB)
JUDGE...........................: BESOSA
DATE SENTENCED/PROBATION IMPOSED: 11-09-2010
DATE COMMITTED..................: 02-01-2011
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                   FELONY ASSESS  MISDMNR ASSESS   FINES           COSTS
NON-COMMITTED.:    $100.00        $00.00           $00.00          $00.00

RESTITUTION...:  PROPERTY:  NO    SERVICES:  NO        AMOUNT:  $00.00

------------------------CURRENT OBLIGATION NO: 010 ------------------------
OFFENSE CODE....:   391      21:846 SEC 841-851 ATTEMPT
OFF/CHG: 21:841(A)(1) CONSPIRACY TO POSSESS WITH THE INTENT TO
         DISTRIBUTE 676.50 GRAMS OF OXYCODONE COUNT 1.

  SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:   240 MONTHS
  TERM OF SUPERVISION............:     3 YEARS
  NEW SENTENCE IMPOSED...........:   210 MONTHS
  BASIS FOR CHANGE...............: USSG DRG QNTTY DCSN 11-01-2014
  DATE OF OFFENSE................: 09-04-2007
```

*Exhibit "1"*

```
G0002        MORE PAGES TO FOLLOW . . .
```

```
  YAZHF  540*23 *              SENTENCE MONITORING              *     10-03-2019
PAGE 002 OF 002 *              COMPUTATION DATA                 *     11:33:12
                                AS OF 10-03-2019

REGNO..: 30575-069 NAME: LANDRON-CLASS, REYNALDO



------------------------CURRENT COMPUTATION NO: 010 ------------------------

COMPUTATION 010 WAS LAST UPDATED ON 09-04-2019 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 09-14-2016 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 11-09-2010
TOTAL TERM IN EFFECT............:   210 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:    17 YEARS      6 MONTHS
EARLIEST DATE OF OFFENSE........: 09-04-2007

JAIL CREDIT.....................:   FROM DATE     THRU DATE
                                    09-05-2007    11-08-2010

TOTAL PRIOR CREDIT TIME.........: 1161
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 917
TOTAL GCT EARNED................: 621
STATUTORY RELEASE DATE PROJECTED: 08-30-2022
EXPIRATION FULL TERM DATE.......: 03-04-2025
TIME SERVED.....................:    12 YEARS     29 DAYS
PERCENTAGE OF FULL TERM SERVED..:  69.0

PROJECTED SATISFACTION DATE.....: 08-30-2022
PROJECTED SATISFACTION METHOD...: GCT REL

REMARKS.......: 09/09/16 ORD RCVD REDUCING TIE FROM 240M TO 210M PURSUANT TO
                DGA EFF 11/1/14 R/JNF;10-18-17 DIS/GCT UPDTD R/DJC.
                9-4-19 GCT UPDTD PURSUANT TO FSA R/SDS




S0055       NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```

PEED                                                                Page 1 of 1

```
YAZK9            *       INMATE EDUCATION DATA       *       01-29-2020
PAGE 001         *            TRANSCRIPT             *         13:38:50


REGISTER NO: 30575-069      NAME..: LANDRON-CLASS          FUNC: DIS
FORMAT.....: TRANSCRIPT     RSP OF: YAZ-YAZOO CITY FCI


-------------------------- EDUCATION INFORMATION ---------------------------
FACL  ASSIGNMENT  DESCRIPTION                   START DATE/TIME STOP DATE/TIME
YAZ   ESL NEED    ESL NEED-SHOULD BE/IS ENROLLED 02-04-2011 1207 CURRENT
YAZ   GED EP      ENROLL GED PROMOTE W/CAUSE    01-15-2013 0641 CURRENT
YAZ   GED SAT     GED PROGRESS SATISFACTORY     11-15-2012 1910 CURRENT


--------------------------- EDUCATION COURSES -----------------------------
SUB-FACL   DESCRIPTION                    START DATE  STOP DATE  EVNT AC LV  HRS
YAZ SCP    ESL CAMP M-F, 12:00-1:30 PM    01-04-2017  CURRENT
YAZ SCP    COGN BEHAVIORAL FOR GAMBLING   09-30-2019  11-18-2019  P   C  P   16
YAZ SCP    COGNITIVE PROCESSING THERAPY   10-03-2019  11-18-2019  P   C  P   16
YAZ SCP    MINDFULNESS COGN BEHAVIOR-CAMP 10-02-2019  11-20-2019  P   C  P   16
YAZ SCP    RLG CLASS                      09-30-2019  11-18-2019  P   C  P   16
YAZ SCP    CONSUMER CREDIT-CAMP           08-01-2019  10-29-2019  P   C  P   16
YAZ SCP    BASIC MATH CAMP                08-01-2019  10-28-2019  P   C  P   16
YAZ SCP    CROCHET-CAMP                   06-30-2019  09-04-2019  P   C  P    2


G0002         MORE PAGES TO FOLLOW . . .
```

Exhibit "2"

PEED                                                                Page 1 of 1

| | | | | |
|---|---|---|---|---|
| YAZK9 | * | INMATE EDUCATION DATA | * | 01-29-2020 |
| PAGE 002 | * | TRANSCRIPT | * | 13:38:50 |

REGISTER NO: 30575-069      NAME..: LANDRON-CLASS           FUNC: DIS
FORMAT.....: TRANSCRIPT     RSP OF: YAZ-YAZOO CITY FCI

------------------------------ EDUCATION COURSES ------------------------------

| SUB-FACL | DESCRIPTION | START DATE | STOP DATE | EVNT | AC | LV | HRS |
|---|---|---|---|---|---|---|---|
| YAZ SCP | PRISON SMART | 05-25-2019 | 07-17-2019 | P | C | P | 16 |
| YAZ SCP | RLG CLASS | 03-25-2019 | 05-13-2019 | P | C | P | 16 |
| YAZ SCP | RPP1 NONRESID DRUG ABUSE TREAT | 07-14-2017 | 11-17-2017 | P | C | P | 1 |
| YAZ SCP | RPP2 BUSINESS ETIQUETTE | 10-12-2017 | 11-14-2017 | P | C | P | 8 |
| YAZ SCP | RPP3 BUY HOME CAMP | 10-12-2017 | 11-08-2017 | P | C | P | 8 |
| YAZ SCP | CROCHET-CAMP | 06-22-2017 | 10-01-2017 | P | C | P | 2 |
| YAZ SCP | RPP1 AIDS AWARENESS | 12-01-2016 | 12-01-2016 | P | C | P | 1 |
| COL | ESL CLASS, 1330-1500 M - F | 03-04-2015 | 11-04-2016 | P | W | I | 312 |
| COL | ACE BOATING SAFETY | 02-09-2016 | 06-16-2016 | P | C | P | 12 |
| COL | VT SP GED/PREGED M-F 1:30-3PM | 07-14-2014 | 03-04-2015 | P | W | I | 1094 |
| COL | ACE CLASS - SPANISH ELECTRIC | 08-04-2014 | 11-15-2014 | P | C | P | 24 |
| COL | CHANGE PLAN #6 | 07-09-2014 | 08-13-2014 | P | C | P | 10 |
| COL | ADVANCED SPA GED 9-1030 M-F | 02-06-2013 | 07-14-2014 | C | W | I | 0 |
| COL | ACE PERSONAL FINANCE | 01-13-2014 | 04-18-2014 | P | C | P | 24 |

G0002          MORE PAGES TO FOLLOW . . .

PEED                                                                    Page 1 of 1

| YAZK9    | * | INMATE EDUCATION DATA | * | 01-29-2020 |
| PAGE 003 | * | TRANSCRIPT            | * | 13:38:50   |

REGISTER NO: 30575-069      NAME..: LANDRON-CLASS           FUNC: DIS
FORMAT.....: TRANSCRIPT     RSP OF: YAZ-YAZOO CITY FCI

--------------------------- EDUCATION COURSES ---------------------------

| SUB-FACL | DESCRIPTION | START DATE | STOP DATE | EVNT | AC | LV | HRS |
|---|---|---|---|---|---|---|---|
| COL | ADVANCED SPIN CLASS | 02-02-2014 | 03-29-2014 | P | C | P | 4 |
| COL | INTERMEDIATE SPINNING | 08-19-2013 | 09-28-2013 | P | C | P | 4 |
| COL | BEGINING SPINNING | 06-25-2013 | 08-16-2013 | P | C | P | 4 |
| COL | ADVANCED SPIN CLASS | 01-04-2013 | 03-06-2013 | P | C | P | 4 |
| COL | BEGINING SPINNING | 11-20-2012 | 12-21-2012 | P | C | P | 4 |
| COL | ADVANCED SPA GED 1230-2/ M-F | 08-30-2012 | 02-06-2013 | C | W | I | 0 |
| COL | BEGINING SPINNING | 10-03-2012 | 10-31-2012 | P | C | P | 4 |
| COL | MOCK JOB FAIR:INTERVIEW FOCUS | 08-21-2012 | 08-21-2012 | P | C | P | 4 |
| COL | SPANISH GED CLASS, 2-3:30 M-F | 05-03-2011 | 08-30-2012 | C | W | I | 0 |
| COL | SPORTS RULES | 02-03-2012 | 02-09-2012 | P | C | P | 4 |
| COL | ACE CLASS - SPANISH HISTORY | 11-19-2011 | 03-19-2012 | P | C | P | 26 |
| COL | BEGINNING LEATHER CLASS | 10-22-2011 | 11-13-2011 | P | C | P | 16 |
| GUA M | SMALL BUSINESS ADM | 10-15-2010 | 10-15-2010 | P | C | P | 40 |
| GUA M | RESPONSIBLE PARENTING 2C | 05-27-2008 | 09-26-2008 | P | C | P | 30 |

G0002        MORE PAGES TO FOLLOW . . .

```
PEED                                                              Page 1 of 1


YAZK9           *        INMATE EDUCATION DATA        *     01-29-2020
PAGE 004        *              TRANSCRIPT             *       13:38:50


REGISTER NO: 30575-069     NAME..: LANDRON-CLASS          FUNC: DIS
FORMAT.....: TRANSCRIPT    RSP OF: YAZ-YAZOO CITY FCI


---------------------------- HIGH TEST SCORES ------------------------------
TEST         SUBTEST        SCORE     TEST DATE    TEST FACL    FORM     STATE
CASAS        LIST CERT      206.0     10-28-2016   COL          C 85


---------------------------- HIGH TEST SCORES ------------------------------
TEST         SUBTEST        SCORE     TEST DATE    TEST FACL    FORM     STATE
CASAS        LIST LEV A     209.0     06-26-2015   COL          F81
             LIST PLACE     192.0     04-14-2011   COL          2
             READ CERT      221.0     10-28-2016   COL          C 523
             READ LEV A     200.0     06-26-2015   COL          F82
             READ LEV B     215.0     08-24-2015   COL          F83
             READ LEV C     217.0     12-18-2017   YAZ          36
             READ PLACE     192.0     04-14-2011   COL          2
GED          AVERAGE        352.0     06-25-2014   COL          FAIL     FL
             LIT/ARTS       350.0     06-25-2014   COL          SP ID    FL
             MATH           340.0     06-25-2014   COL          SP ID    FL


G0002       MORE PAGES TO FOLLOW . . .
```

```
PEED                                                                Page 1 of 1


   YAZK9            *       INMATE EDUCATION DATA        *       01-29-2020
   PAGE 005 OF 005  *           TRANSCRIPT               *         13:38:50


   REGISTER NO: 30575-069     NAME..: LANDRON-CLASS          FUNC: DIS
   FORMAT.....: TRANSCRIPT    RSP OF: YAZ-YAZOO CITY FCI


   --------------------------- HIGH TEST SCORES ---------------------------
   TEST        SUBTEST        SCORE      TEST DATE     TEST FACL   FORM      STATE
   GED         SCIENCE        350.0      06-25-2014    COL         SP  ID    FL
               SOC STUDY      340.0      06-25-2014    COL         SP  ID    FL
               WRITING        380.0      06-25-2014    COL         SP  ID    FL
   GED PRAC    LIT/ARTS       410.0      03-07-2014    COL         SP  PA
               MATH           420.0      10-03-2013    COL         SP  PA
               SCIENCE        430.0      07-11-2013    COL         SP  PE
               SOC STUDY      440.0      06-28-2012    COL         SP  PE
               WRITING        440.0      10-03-2013    COL         SP  PA
   SABE/2      MATH COMP      3.6        04-14-2011    COL
               MATH CONC      3.8        04-14-2011    COL
               READ COMP      4.4        04-14-2011    COL
               VOCABULARY     6.1        04-14-2011    COL
   TABE E      READING        5.1        03-19-2014    COL         SPAN



   G0005       TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

YAX1330.16B

Page 7

Attachment A

# Federal Correctional Complex, Yazoo City, Mississippi
## Request for Administrative Remedy
### Attempt at Informal Resolution

Exhibit "3"

Inmate Name: Landron-Class, Reynaldo

Register No: 30575-069                     Unit: Bolt 2

### TO BE COMPLETED BY INMATE:

1. Briefly state your complaint. Include all details and facts which support your request and the date on which the complaint occurred. ----- The DOJ-FBOP, by and through its employees at FCC Yazoo City Complex, (Yazoo City) has dragged its feet as much as possible in the implementation of the First Step Act of 2018 (FSA). It has delayed the additional 7 days of GCT as much as possible, and then assigned its own negligence as a reason to reduce halfway house. It gives NOBODY any FSA "good time credits," and often denies adequate halfway house. Yazoo City denies educational opportunity, obstructs the individual efforts of inmates, places inmates in SHU (Special Housing Unit, or jail for the prison) for attempting or offering to provide educational resources denied by Yazoo City, overcrowds, flagrantly violates Standards and Expected Practices, denies adequate medical/dental care, and otherwise provides grossly substandard correctional services.

2. What actions are you requestion to resolve your complaint? I request that the DOJ-FBOP assign a competent and diligent attorney to promptly prepare and file a motion for reduction of my sentence to time served or otherwise as much as possible, pursuant to 18 USC 3582(c)(1), alleging extraordinary/compelling circumstances, using common facts and also all personal facts revealed by a thorough attorney/client interview and investigation. The request should include all options, including a reduction without conditions, or a reduction that stipulates that some time will nevertheless have to be served on halfway house, home confinement, or additional supervised release. I request a motion alleging the wrongful conduct of FCC Yazoo City Complex, overcrowding/substandard conditions, excessive sentence, exemplary "programming" and rehabilitation, as well as any and all other factors that ... ... ... attorney might ethically raise ... half.

### TO BE COMPLETED BY STAFF:

3. Indicate below the efforts made to resolve the matter. Be specific, but brief. Include names of staff contacted to attempt resolution. (Use back of this form if necessary.)

In regards to your complaint requesting to have a competent and diligent attorney promptly prepare and file a motion for reduction of your sentence to time served. Program Statement 1315.07 Legal Activities, Inmate, Section 11 Retention of Attorneys, 543.12 which states: Staff may not interfere with selection (over)

_____  2/27/20  |  _____  |  _____  2/27/2020
Correctional Counselor/Date  |  Inmate Signature/Date  |  Unit Manager Review/Date

**NOTE:** Attach any pertinent documentation related to the inmate's complaint.

|  | BP-8 Issued To Inmate | BP-8 Returned To Counselor | BP-9 Issued To Inmate | BP-9 Returned to Counselor | BP-9 Delivered to Admin. Remedy Clerk |
|---|---|---|---|---|---|
| Date: | 12/20/19 | 12/24/19 |  |  |  |
| Counselor: | Henderson | Henderson |  |  |  |

Continue:

and retention of attorneys if the inmate has attained majority and is mentally competent. Therefore your request for an attorney is denied.

I trust this information has been helpful in resolving your complaint.

| U.S. DEPARTMENT OF JUSTICE | REQUEST FOR ADMINISTRATIVE REMEDY |
|---|---|
| Federal Bureau of Prisons | |

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: **LANDRON CLASS, REYNALDO**          **30575-069**          **G-2**          **YAZOO CITY-CAMP**
            LAST NAME, FIRST, MIDDLE INITIAL         REG. NO.         UNIT         INSTITUTION

### Part A- INMATE REQUEST

My BP8 is dated 12-24-19. It has been about 40 days since I attempted to document informal resolution. This continuation page is being written on 2-4-2020. It is impossible to know upon what date this document can be formally submitted. i request a motion for reduction of my sentence under 18 USC 3582(C)(1)(A)(i), as explained in the BP8. I request that my sentence be reduced to "time served". A motion under 3582 for that purpose is reasonable and appropriate.

I have repeatedly asked for medical care. I have not been given appropriate medical care for serious medical conditions. Furthermore, I have been denied the most basic accommodations for my medical conditions.

All meritorious reasons should be raised in the motion. I would be happy to assist in setting forth all the facts that I plan to state in my motion, if that would be beneficial. However, to my knowledge this prison has not filed a 3582 motion on behalf of any of it's inmates. If some inmates at this prison complex have in fact gotten a 3582 motion filed by the BOP-DOJ, I'd like to know who and when.

Please record this BP9 on the SENTRY system for management of administrative remedy requests, as soon as possible.

2-4-2020
_____
DATE                                                                                   SIGNATURE OF REQUESTER

### Part B- RESPONSE

Exhibit "4"

_____                                                        _____
DATE                                                                    WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE                                          CASE NUMBER: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
                                                                    CASE NUMBER: _____

### Part C- RECEIPT

Return to: _____
            LAST NAME, FIRST, MIDDLE INITIAL         REG NO.         UNIT         INSTITUTION

SUBJECT: _____

# Bureau of Prisons
# Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | LANDRON-CLASS, REYNALDO | | | Reg #: | 30575-069 |
| Date of Birth: | 01/04/1970 | Sex: M | Race: BLACK | Facility: | YAZ |
| Note Date: | 10/11/2018 10:09 | Provider: | Martinez, L. MD | Unit: | G02 |

Cosign Note - Lab Report Cosign encounter performed at Health Services.
**Administrative Notes:**

**ADMINISTRATIVE NOTE   1**          Provider:  Martinez, L. MD

Lab test collected on 07/10/2018, reports:

AST 27 11-55 U/L
ALT 38 11-66 U/L
Alkaline Phosphatase 91 41-133 U/L
Bilirubin, Total 0.6 0.2-1.3 mg/dL
Bilirubin, Conjugated 0.0 0.0-0.3 mg/dL
Bilirubin, Unconjugated 0.4 0.0-1.1 mg/dL
GGT 27 10-78 U/L
Total Protein 7.4 6.0-8.2 g/dL
Albumin 4.2 3.6-5.1 g/dL

Cholesterol H 218 <200 mg/dL
Triglycerides 60 10-150 mg/dL
HDL Cholesterol 44 40-60 mg/dL
LDL Cholesterol (calc) H 162 0-130 mg/dL

He has history of Hyperlipidemia currently under treatment with Atorvastatin.
Plan : Follow up in upcoming CCC, review compliance with medication and diet.

**Copay Required:** No          **Cosign Required:**  No
**Telephone/Verbal Order:**   No

Completed by Martinez, L. MD on 10/11/2018 10:18

*Exhibit "5"* (handwritten)

Administrative Remedy No. 795751-A1
Part B - Response

Exhibit "6"

This is in response to your Central Office Administrative Remedy Appeal wherein you allege your health condition continues to deteriorate and, although you were provided cursory examinations in October 2014, no testing has occurred. For relief, you request a consultation with a specialist, to receive proper treatment and to be afforded therapy.

We have reviewed documentation relevant to your appeal which reveals you were evaluated by Orthopedics on August 7, 2009, who recommended an orthopedic firm mattress. Additionally, you were encountered in Pain Management in November 2009 where you requested an orthopedic mattress. You were provided with a platform bed.

Records reflect your platform bed was not renewed in May 2012. In accordance with Bureau of Prisons Program Statement 6010.05, <u>Health Services Administration</u>, the Clinical Director is responsible for oversight of the clinical care provided at the institution. Therefore, while you were previously afforded a platform bed, it is the responsibility of the Clinical Director at your designated facility to determine the clinical appropriateness for a solid frame bed.

Furthermore, records indicate your medical conditions have been continuously monitored, evaluated and treated through chronic care visits and sick call encounters, with adjustments to your plan of care implemented as clinically indicated. We note on October 9, 2014, you were evaluated by your primary care physician at which time you reported your chronic back pain was controlled with medication. During this examination, your prescription for Amitriptyline was renewed and you were encouraged to exercise as tolerated and to lose weight. At this time, a specialist consult is not clinically indicated.

The record reflects you have received medical care and treatment in accordance with evidence based standard of care and within the scope of services of the Federal Bureau of Prisons. You are encouraged to comply with proposed medical treatment so Health Services can continue to provide essential care and to contact medical personnel through routine sick call procedures should your back condition worsen.

Administrative Remedy No. 795751-A1
Part B - Response
Page 2


Considering the foregoing, this response is provided for informational purposes only.

9/9/15
Date

Ian Connors, Administrator
National Inmate Appeals